UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL A. ALT, | ) |
| | ) |
| Plaintiff, | ) RULE 7.1 STATEMENT |
| | ) |
| v | ) |
| | ) |
| RONALD J. GRESCHNER, | ) |
| | ) |
| Defendant. | ) |

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>CAROL ALT</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held

*NONE*

Date: 6/25/07

_____
Signature of Attorney

Attorney Bar Code: RAR5538

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Carol A. Alt

v.

Ronald J. Greschner

APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Carol A Alt

I certify that I am admitted to practice in this court

6/25/2007
Date

Signature

Richard A. Roth
Print Name

RAR 5538
Bar Number

The Roth Law Firm, PLLC, 545 Fifth Avenue, Suite 960
Address

New York     NY     10017
City         State  Zip Code

(212) 542-8882            (212) 542-8883
Phone Number              Fax Number