# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07 CIV 6004                                          Date Filed: _____

Carol A. Alt
Ronald J Greschner

For:
   The Roth Law Firm, PLLC

Received by Front Range Legal Process Service to be served on RONALD J. GRESCHNER - 8389 Ironhorse Court, Palm Beach, FL 33412. I, Carl R. Stevens, being duly sworn, depose and say that on the 10 day of July, 2007 at 9:20 P.m., executed service by delivering a true copy of the Summons In A Civil Case in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving M.S. Greschner as wife

( ) POSTING _____

( ) DESCRIPTION ) Age 35-40 Sex F Race White Height 5'3-5'5 Weight 120 Hair Blonde Glasses none

( ) NON SERVICE: See Comments

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 19 day of July, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

VANESSA ICHASO-ARCHBOLD
MY COMMISSION # DD 483017
EXPIRES: November 14, 2009
Bonded Thru Budget Notary Services

PROCESS SERVER # 624
Appointed in accordance
with State Statutes

Front Range Legal Process Service
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2007004616

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i