UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROL A. ALT,

                      Plaintiff,

-against-

RONALD J. GRESCHNER,

                      Defendant.
-----------------------------------------------------------X

Civil Action No.: 07CIV6004 (CM)

**NOTICE OF MOTION**

NOTICE OF MOTION TO DISMISS ON BEHALF OF RONALD J. GRESCHNER

PLEASE TAKE NOTICE that, upon the annexed affidavits of Nancy Ledy Gurren and Ronald J. Greschner, sworn to the 24th day of August, 2007, the annexed Memorandum of Law, and upon the complaint herein, defendant Ronald J. Greschner will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time designated by the Court, for (1) an order, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing the complaint in this action on the ground that this Court lacks subject matter jurisdiction over the claims of plaintiff; or, alternatively, (2) an order, pursuant to Federal Rule of Civil Procedure 12(b)(3), dismissing the complaint in this action on the ground that venue is improper.

Dated: August 24, 2007

Respectfully submitted,

_____
Nancy Ledy-Gurren (2186)
LEDY GURREN BASS & SIFF, LLP
*Attorneys for defendant*
475 Park Avenue South, 8th Floor
New York, New York 10016

To:   Richard A. Roth, Esq.
      THE ROTH LAW FIRM, PLLC
      *Attorneys for Plaintiff*
      545 Fifth Avenue, Suite 960
      New York, New York 10017