Exhibit C

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

IN RE:  THE MARRIAGE OF

RONALD J. GRESCHNER,

    Petitioner/Husband

and

CAROL A. ALT,

    Respondent/Wife

_____/

CASE NO.: 2001-DR-616-FC

JUDGE: EDWARD A. GARRISON

## FINAL JUDGMENT OF DISSOLUTION OF MARRIAGE

THIS CAUSE came on for hearing on the ___15___ day of ___March___, 2001, and the Court having given full consideration to all the evidence, finds and determines: This Court has jurisdiction of the parties and subject matter of this suit; that the relation of Husband and Wife now exists between the parties; and that the marriage between the parties is irretrievably broken and should be dissolved. It is, thereupon,

ORDERED and ADJUDGED as follows:

1. **DISSOLUTION:** The marriage between the Husband RONALD J. GRESCHNER and the Wife CAROL A. ALT be and the same is hereby dissolved, and the parties, and each of them, are hereby forever freed from the bonds of matrimony heretofore existing between them and from the obligations arising therefrom.

2. **PROPERTY SETTLEMENT:** It is further ordered that the terms of the Property Settlement Agreement dated January 13, 1997, and filed herein are hereby confirmed and ratified, and the parties are ordered to comply with said document.

STATE OF ___Florida___
COUNTY OF ___Palm Beach___

The foregoing instrument was acknowledged before me this __30th__ day of __March__

_____, 2001, by RON J. GRESCHNER who is personally known to me ~~or who has produced _____ as identification~~.

Print Name: __John T. Metzger__
Notary Public, State of __Florida__
My Commission Expires:



John T. Metzger
MY COMMISSION # CC732728 EXPIRES
April 12, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

4