**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CAROL A. ALT,

                Plaintiff,

    -against-

RONALD J. GRESCHNER,

                Defendant.
----------------------------------------X

Index No.: 07CIV6004

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and defendant that the time for the defendant Greschner to answer or move with respect to the complaint is hereby extended up to and including August 24, 2007.

Dated:    New York, New York
          August 9, 2007

THE ROTH LAW FIRM, PLLC

By: _____
Richard A. Roth
Attorneys for Plaintiff
545 Fifth Avenue, Suite 960
New York, New York 10017
(212) 542-8882

LEDY-GURREN BASS & SIFF, L.L.P.

By: _____
Nancy Ledy Gurren
Attorneys for Defendant
475 Park Avenue South, 8th Floor
New York, New York 10016
(212) 447-1111

SO ORDERED:

_____
U.S.D.J.