**Exhibit B**

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR
PALM BEACH COUNTY

CASE NO.: 2001 DR 616 FC

IN RE: THE MARRIAGE OF

RONALD J. GRESCHNER
    Petitioner/Husband

and

CAROL A. ALT
    Respondent/Wife

_____/

## ADDENDUM TO PROPERTY SETTLEMENT AGREEMENT

By this Addendum to Property Settlement Agreement, made and entered into this 30th day of March, 2001, between RONALD J. GRESCHNER ("Husband") and CAROL A. ALT ("Wife"), the parties agree as follows:

WITNESSETH

WHEREAS, on January 13, 1997, the undersigned executed a Property Settlement Agreement.

WHEREAS, the parties wish to add additional terms to that Property Settlement Agreement;

NOW THEREFORE, in consideration of the promises and mutual covenants herein contained to be performed by each of the parties hereto, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is agreed as follows:

1. Husband has returned to Wife certain items of personal property Wife has recently requested. All costs associated with the return of the property shall be the responsibility of Husband.

2. Husband acknowledges that he owes Wife $44,000, and agrees to immediately tender this amount to her. Husband agrees to provide an accounting for the remainder of the $485,000 Wife contends Husband owes to her by June 30, 2001. Husband agrees to remit to Wife by July 7, 2001, any funds for which he can not account. Husband further agrees to return to Wife, by July 7, 2001, any funds not used for Wife's direct benefit. In the event Husband fails to return any funds for which he can not account, or which were not used for Wife's direct benefit, Wife shall be entitled to obtain a money judgment, for which execution shall issue, upon submission of an affidavit at a non-evidentiary hearing.

3. As to the Ford Mustang identified in Article IV, Paragraph C(3) of the Property Settlement Agreement, the Husband shall convey to Wife $4,000 for her interest in said automobile. Upon receipt of the $4,000, Wife agrees to transfer, relinquish, and convey to the Husband all of her right, title, and interest in the Ford Mustang.

4. As to the 1982 Mercedes identified in Article IV, Paragraph C(1) of the Property Settlement Agreement, the Wife shall have the use of the Mercedes until June 30, 2001, at which time she will tender the vehicle to the Husband, provided that Husband has paid all costs associated with the return of Wife's personal property, as set forth in paragraph one. Provided the above condition has been met, as of June 30, 2001, the Wife agrees to transfer, relinquish, and convey to the Husband all of her right, title, and interest in the 1982 Mercedes.

5. Should either party need to enforce this Agreement in any fashion, the non-prevailing party shall be liable to the other party for the reasonable attorneys' fees and costs incurred by the prevailing party.

2

