## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

MARGARET A. MILLER, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at North Woodmere, New York.

That on the 24th day of August, 2007, deponent served the within (1) Notice of Motion to Dismiss and Supporting Affidavits and Exhibits thereto and (2) Memorandum of Law upon:

   Richard A. Roth, Esq.
   THE ROTH LAW FIRM, PLLC
   *Attorneys for Plaintiff*
   545 Fifth Avenue, Suite 960
   New York, New York 10017

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                            MARGARET A. MILLER

Sworn to before me this
____ day of August, 2007.

ELISSA L. SHECHTER
Notary Public, State of New York
Registration #02SH6054504
Qualified In New York County
Commission Expires Feb. 5, 2011