UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CAROL ALT,

      Plaintiff,

-against-                              07 Civ. 6004 (CM)

RONALD GRESCHNER,

      Defendant.

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

## ORDER

McMahon, J.:

    I have only recently received letters dated September 21, 2007 and October 12, 2007, in which plaintiff complains that defendant has not yet turned over documents.

    As defendant's counsel noted in his letter of September 21, 2007, it has been my understanding that the documents in question would be turned over within two weeks of our initial pretrial conference, which was held on July 31. In his letter, counsel indicated that the records would be produced to him during the first week of October. That was two weeks ago. The records have still not been produced.

    I am not interested in defendant's purported health issues, his mother's health issues, his golf schedule, or anything else. It is irrelevant to me whether the defendant's mother keeps his records or not. I also do not care whether the defendant lives in Florida, Canada or Timbuktu. Every single piece of paper relating to the investment that is the subject of this litigation WILL be turned over to counsel for plaintiff by the close of business on Wednesday of next week (October 23, 2007), or I will issue an order to show cause why Mr. Greschner should not be held in civil contempt.

    The parties' proposed case management order is rejected. There is nothing to be gained from discovery in this action; either Ms. Alt has an interest in the investment pursuant to her divorce decree or she does not. At the initial conference, the parties seemed to agree that a few documents would answer the question.

    I am, therefore, setting this matter down for trial on November 14, 2007. I will not accept any excuses. By October 28, the parties must turn over all document that they intend to introduce at trial. A final pre-trial order and all other documents necessary to take this case to trial under my

Copies mailed/faxed/handed to counsel on 10/19/07

rules must be filed with the court by November 2 at 5 PM. I will hold a final pre-trial conference in this matter on November 7 at 2 PM.

Dated: October 19, 2007

                                                                            U.S.D.J.

BY ECF TO COUNSEL