# EXHIBIT F

# LEDY-GURREN BASS & SIFF, L.L.P.

ATTORNEYS AT LAW

475 PARK AVENUE SOUTH • NEW YORK, NY 10016

(212) 447-1111

FAX: (212) 447-6686

NANCY LEDY-GURREN
(212) 447-1105
EMAIL: NLEDYGURREN@LGB-LAW.COM

October 24, 2007                                *Via Hand Delivery*

Richard A. Roth, Esq.
THE ROTH LAW FIRM, PLLC
545 Fifth Avenue, Suite 960
New York, New York 10017

Re:   **Alt v. Greschner**

Dear Mr. Roth:

Enclosed for delivery are the documents which were requested at the Court's conference, those being (1) the purchase agreement, and (2) pertinent financial records of Ron Greshner Enterprises [RGE], which was the corporate entity which owned the interest in the Watergroup transaction. My client has included copies of all checks made payable to the Canadian government for taxes, but has not located the tax returns for the entity for the period of the sale, that being 1997 and 1998. I have requested that he request that the preparer (you will see bills for preparation in the financial records) review its files to see if they have "as filed" copies, and I will produce them as soon as I am able (but before the deadline imposed by the Court if, in fact, they exist). You will also note, from the documents in the file, that Mr. Greschner's company owned 56,040 shares, but the proceeds of 5,604 were kept in escrow to pay the legal bills involved in the various litigation in which the Watergroup was involved, and that another 3,984 shares were contributed by RGE to the exercise of options by three others (the other shareholders made contributions *pari passus*).

Thank you for your attention to the foregoing. When you have time to review these documents, perhaps we can discuss the substantive position of both sides, inasmuch as the anecdotal information which your client was operating on— i.e., a purchase price of $18 million to Mr. Greschner–was clearly erroneous.

Very truly yours,

NANCY LEDY GURREN

NLG: smr