# EXHIBIT J

# JBHanauer & Co.

## Securities Account

### Client Statement

The Period: April 1 - April 30, 1999

Page 1 of 2

Account Number: LPM-087227-82

Your Account Executive: DAVID IAN MAGUN
J.B. HANAUER & CO.
1700 PALM BEACH LAKES BLVD SCO
WEST PALM BEACH FL 33401
Phone: 800-777-9790

MR RON GRESCHNER
7771 IRONHORSE BLVD
WEST PALM BCH   FL 33412-2424

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| Priced Securities Value | $.00 | $1,439,959.50 |
| Total Net Worth | $.00 | $1,439,959.50 |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Total Income | $.00 | $.00 |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Funds Added | $.00 | $.00 |
| Funds Withdrawn | $.00 | $.00 |

561-627-5737   Ron Greschner

NTD42IAC-LPM-001143
GRESCHNER1035
Nov 10 07 10:17a

# JBHanauer & Co.

## Client Statement

### Securities Account

The Period:
April 1 - April 30, 1999

MR RON GRESCHNER

Account Number:
LPM-087227-82

Page 2 of 2

## Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|

Equities - 100.0% of Portfolio

UNITED STATES FILTER CORP NEW    USF    45,713    31.500    $1,439,959.50

**TOTAL PRICED SECURITIES VALUE**    $1,439,959.50

## Account Activity

| DATE | TRANSACTION | | QUANTITY | | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|

US FILTER CORP EXD    04/23  Received    45,713

J.B. HANAUER & CO. WILL SOON BE INTRODUCING PACKAGED STATEMENTS. FOR MORE INFORMATION PLEASE REFER TO THE ENCLOSED STATEMENT STUFFER OR CALL YOUR J.B. HANAUER ACCOUNT EXECUTIVE.

561-627-5737

Wexford Clearing Services Corporation
NT9421AC-LPM-001144
GRESCHNER1036
Nov 10 07 10:18a    Ron Greschner