# EXHIBIT K

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*

Member N.A.S.D., Inc.

## Client Statement

### Securities Account

For The Period:
May 1 – June 30, 1999

Page 1 of 6

**Account Number:** LPM-087227-82

**Your Account Executive:**
DAVID IAN MAGURI
J.B. HANAUER & CO.
1700 PALM BEACH LAKES BLVD 900
WEST PALM BEACH FL 33401
Phone: 800-777-9750

MR RON GRESCHNER
7771 IRONHORSE BLVD
WEST PALM BCH  FL  33412-2424

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| Priced Securities Value | $1,439,959.50 | $1,251,861.22 |
| Money Market Funds | $.00 | $170,951.76 |
| **Total Net Worth** | **$1,439,959.50** | **$1,422,812.98** |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Money Fund Dividends | $650.55 | $650.55 |
| **Total Income** | **$650.55** | **$650.55** |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Funds Added | $.00 | $.00 |
| Funds Withdrawn | $.00 | $.00 |

GRESCHNER1038

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*
Member N.A.S.D., Inc.

## Client Statement

**Securities Account**

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Account Number:
LPM-087227-82

Page 2 of 6

### Escrow Message

We are required by law to withhold and pay to the Internal Revenue Service (IRS) 31% of interest, dividends and certain other payments if you do not provide us with a properly completed IRS Form W-9: Payer's Request for Taxpayer Identification Number. If you are a nonresident alien, you must instead provide us with Form W-8: Certificate of Foreign Status, in order to prevent your account from being treated as that of a U.S. citizen.

Note: We withheld 31% from your reportable payment(s) and placed the withheld amount(s) in escrow within your account. Since we received from you a properly completed IRS Form W-9 (or W-8) within 30 days from the opening date of your account, all amounts held in escrow have been returned. This information is reflected in the activity portion of your statement.

### Portfolio Detail

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| **Government Bonds–35.1% of Portfolio** | | | | | | | |
| UNITED STATES TREASURY NOTES<br>CP MN 5.250 05/31/2001 DTD 05/31/99<br>1ST CPN 11/30/99 | 100,000 | 99.500 | $99,500.00 | $445 | $5,250 | 5.28% | Rating: AAA/NR<br>CUSIP 9128275H1 |
| UNITED STATES TREASURY NOTES<br>CP MN 5.750 11/30/2002 DTD 11/30/97 | 100,000 | 100.125 | $100,125.00 | $487 | $5,750 | 5.74% | Rating: AAA/AAA<br>CUSIP 9128273Q3 |
| UNITED STATES TREASURY NOTES<br>CP FA 5 3/4 08/15/2003 DTD 08/15/93 | 100,000 | 100.000 | $100,000.00 | $2,160 | $5,750 | 5.75% | Rating: AAA/AAA<br>CUSIP 912827LB3 |
| UNITED STATES TREASURY NOTES<br>CP FA 5.875 02/15/2004 DTD 02/15/94 | 100,000 | 100.531 | $100,531.00 | $2,207 | $5,875 | 5.84% | Rating: AAA/AAA<br>CUSIP 912827N81 |
| UNITED STATES TREASURY NOTES<br>CP MN 5.875 11/15/2005 DTD 11/15/95 | 100,000 | 99.938 | $99,938.00 | $750 | $5,875 | 5.85% | Rating: AAA/AAA<br>CUSIP 912827V82 |
| **Total** | 500,000 | | $500,094.00 | $6,049 | $28,500 | | |
| **Municipal Bonds–38.2% of Portfolio** | | | | | | | |
| NEW YORK ST URBAN DEV CORP REV<br>CORRECTIONAL CAP FACS SER 5<br>RO JJ 6 C0D 01/01/2009 DTD 08/01/95<br>PREREFUNDED 01/01/2005 AT 102.00<br>BOOK ENTRY ONLY | 100,000 | 107.800 E | $107,800.00 | $3,000 | $6,000 | 5.57% | Rating: BAA1/BBB+<br>CUSIP 650033V90 |
| GREATER ORLANDO AVIATION AUTH ORLANDO<br>FLA ARPT FACS REV SER A<br>RO AO 4.375 10/01/2006 DTD 06/01/99<br>1ST CPN 10/01/99<br>BOOK ENTRY ONLY<br>SUBJECT TO ALTERNATIVE MINIMUM TAX | 100,000 | 97.113 E | $97,113.00 | $565 | $4,375 | 4.51% | Rating: AAA/AAA<br>FGIC Insured<br>CUSIP 39274PN0 |

GRESCHNER1039

# JBHanauer & Co.
*Serving Your Investment Needs Since 19..*    Member N.A.S.D.

## Client Statement

**Securities Account**

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Account Number: LPM-087227-82

Page 3 of 6

### Portfolio Detail (continued)

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| **Municipal Bonds - 38.2% of Portfolio** | | (continued) | | | | | |
| DADE CNTY FLA AVIATION REV MIAMI INTL ARPT SER B RO AO 5.000 10/01/2007 DTD 10/01/97 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | 100,000 | 100.194 E | $100,194.00 | $1,250 | $5,000 | 4.99% | Rating: AAA/AAA FSA Insured CUSIP 233455E75 |
| PENNSYLVANIA HSG FIN AGY SINGLE FAMILY MTG-SER 59A RO AO 5.050 10/01/2008 DTD 07/01/97 CALL 10/01/2007 101.50 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | 40,000 | 101.337 E | $40,534.80 | $505 | $2,020 | 4.98% | Rating: AA2/AA+ CUSIP 709792SG2 |
| YORK CNTY PA HOSP AUTH REV HOSP HANOVER HOSP INC RO JD 4.650 12/01/2010 DTD 09/01/98 CALL 06/01/2008 100.00 | 55,000 | 94.575 E | $52,016.25 | $213 | $2,558 | 4.92% | Rating: AAA/AAA AMBAC Insured CUSIP 986392MK1 |
| LEE CNTY FLA PASSENGER FAC CHARGE REV RFDG RO AO 5.000 10/01/2011 DTD 04/01/98 CALL 10/01/2005 101.00 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | 100,000 | 98.000 E | $98,000.00 | $1,250 | $5,000 | 5.10% | Rating: AAA/AAA AMBAC Insured CUSIP 523496AP2 |
| CAMDEN CNTY NJ IMPT AUTH LEASE REV RFDG CNTY GTD SER A RO JD 4.650 12/01/2012 DTD 01/01/98 CALL 12/01/2008 101.00 BOOK ENTRY ONLY | 50,000 | 93.751 E | $46,875.50 | $194 | $2,325 | 4.96% | Rating: AAA/AAA FGIC Insured CUSIP 13281KEH7 |
| **Total** | 545,000 | | $542,533.55 | $6,777 | $27,278 | | |
| **Equity Mutual Funds - 14.7% of Portfolio** | | | | | | | |
| AIM FUNDS GROUP VALUE FUNDS CLASS B SHS | 2,323.420 | 44.770 | $104,019.51 | | | | |
| MASSACHUSETTS INVESTORS GROWTH STOCK FUND CLASS B | 6,207.325 | 16.950 | $105,214.16 | | | | |
| **Total** | | | $209,233.67 | | | | |
| **TOTAL PRICED SECURITIES VALUE** | | | $1,251,861.22 | $12,826 | $55,778 | | |

GRESCHNER1040

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*

## Securities Account

**Client Statement**

SIPC

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Member: NASD, Inc.

Account Number:
LPM-087227-92

Page 4 of 6

## Portfolio Detail (CONTINUED)

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|

### Money Market Funds - 12.0% of Portfolio

KEMPER MONEY/MARKET PORTFOLIO         170,951.760    1.000    $170,951.76              $7,060    4.13%   7-Day Yield

**TOTAL MONEY MARKET FUNDS**                                    $170,951.76              $7,060

## Account Activity

| DATE | TRANSACTION | QUANTITY | PRICE | COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| AIM FUNDS GROUP VALUE FUNDS CLASS B SHS | | | | | | |
| 06/09 | Purchased | 2,323.420 | 43.04 | | $100,000.00 | |
| MASSACHUSETTS INVESTORS GROWTH STOCK FUND CLASS B | | | | | | |
| 06/09 | Purchased | 6,207.325 | 16.11 | | $100,000.00 | |
| US FILTER CORP EX/W CASH MERGER | | | | | | |
| 06/09 | Delivered | -45,713 | | Exchanged | | $1,439,959.50 |
| FEDERAL TAX WITHHELD PLACED IN ESCROW US FILTER CORP EX/W CASH MERGER | | | | | | |
| 06/09 | Debit | | | | $446,387.45 | |
| KEMPER MNY MKT AUTO SUBSCRIPTION | | | | | | |
| 06/10 | Purchased | 793,572.050 | 1.00 | | $793,572.05 | |
| KEMPER MNY RXT AUTO REDEMPTION | | | | | | |
| 06/15 | Sold | -547,783.530 | 1.00 | | | $547,783.53 |
| PENNSYLVANIA HSG FIN AGY SINGLE FAMILY MTG-SER 59A RO AO 5.050 10/01/2008 DTD 07/01/97 CALL 10/01/2007 101.50 ACCRUED INTEREST PAID: $415.22 | | | | | | |
| 06/15 | Purchased | 40,000 | 102.50 | | $41,420.22 | |
| UNITED STATES TREASURY NOTES CP FA 5 3/4 08/15/2003 DTD 08/15/93 ACCRUED INTEREST PAID: $1,906.08 | | | | | | |
| 06/15 | Purchased | 100,000 | 100.357 | | $102,268.08 | |
| UNITED STATES TREASURY NOTES CP FA 5.875 02/15/2004 DTD 02/15/94 ACCRUED INTEREST PAID: $1,947.51 | | | | | | |
| 06/15 | Purchased | 100,000 | 100.699 | | $102,651.51 | |
| UNITED STATES TREASURY NOTES CP MN 5.875 11/15/2005 DTD 11/15/95 ACCRUED INTEREST PAID: $494.90 | | | | | | |
| 06/15 | Purchased | 100,000 | 100.391 | | $100,890.90 | |
| UNITED STATES TREASURY NOTES CP MN 5.750 11/30/2002 DTD 11/30/97 ACCRUED INTEREST PAID: $235.66 | | | | | | |
| 06/15 | Purchased | 100,000 | 100.462 | | $100,702.66 | |

GRESCHNER1041

*Westford Clearing Services Corporation*

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*
Member N.A.S.D. Inc.

## Client Statement

**Securities Account**

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Account Number:
LPM-087227-82

Page 5 of 6

### Account Activity (CONTINUED)

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| UNITED STATES TREASURY NOTES | | | | | |
| CP MN 5.250 05/31/2001 DTD 05/31/99 | | | | | |
| 1ST CPN 11/30/99 | | | | | |
| ACCRUED INTEREST PAID: $215.16 | | | | | |
| 06/15 | Purchased | 100,000 | 99.63 | $99,850.16 | |
| FEDERAL TAX RETURNED FROM ESCROW | | | | | |
| US FILTER CORP EXM | | | | | |
| CASH MERGER | | | | | |
| 06/18 | Credit | | | | $446,387.45 |
| CAMDEN CNTY N J IMPT AUTH LEASE REV | | | | | |
| RFDG CNTY QTD SER A | | | | | |
| RO JD 4.650 12/01/2012 DTD 01/01/98 | | | | | |
| CALL 12/01/2008 101.00 | | | | | |
| ACCRUED INTEREST PAID: $129.17 | | | | | |
| 06/21 | Purchased | 50,000 | 98.038 | $49,153.17 | |
| KEMPER MNY MKT | | | | | |
| AUTO SUBSCRIPTION | | | | | |
| 06/21 | Purchased | 242,243.240 | 1.00 | $242,243.24 | |
| GREATER ORLANDO AVIATION AUTH ORLANDO | | | | | |
| FLA ARPT FACS REV SER A | | | | | |
| RO AO 4.375 10/01/2006 DTD 06/01/99 | | | | | |
| 1ST CPN 10/01/99 | | | | | |
| ACCRUED INTEREST PAID: $243.06 | | | | | |
| 06/21 | Purchased | 100,000 | 99.839 | $100,087.06 | |
| YORK CNTY PA HOSP AUTH REV | | | | | |
| HOSP HANOVER HOSP INC | | | | | |
| RO JD 4.650 12/01/2010 DTD 09/01/98 | | | | | |
| CALL 06/01/2008 100.00 | | | | | |
| ACCRUED INTEREST PAID: $142.08 | | | | | |
| 06/21 | Purchased | 55,000 | 99.558 | $54,903.98 | |
| KEMPER MONEY MKT DIV REIN 05/22 - 06/21 | | | | | |
| 06/22 | Dividend | 650.550 | Money Fund | | |
| KEMPER MNY MKT | | | | | |
| AUTO REDEMPTION | | | | | |
| 06/22 | Sold | -104,197 | 1.00 | | $104,197.00 |
| DADE CNTY FLA AVIATION REV | | | | | |
| MIAMI INTL ARPT SER B | | | | | |
| RO AO 5.000 10/01/2007 DTD 10/01/97 | | | | | |
| ACCRUED INTEREST PAID: $1,125.00 | | | | | |
| 06/22 | Purchased | 100,000 | 103.067 | $104,197.00 | |
| KEMPER MNY MKT | | | | | |
| AUTO REDEMPTION | | | | | |
| 06/29 | Sold | -101,227.220 | 1.00 | | $101,227.22 |
| LEE CNTY FLA PASSENGER FAC CHARGE REV | | | | | |
| RFDG | | | | | |
| RO AO 5.000 10/01/2011 DTD 04/01/98 | | | | | |
| CALL 10/01/2005 101.00 | | | | | |
| ACCRUED INTEREST PAID: $1,222.22 | | | | | |
| 06/29 | Purchased | 100,000 | 100.00 | $101,227.22 | |
| KEMPER MNY MKT | | | | | |
| AUTO REDEMPTION | | | | | |
| 06/30 | Sold | -112,306.330 | 1.00 | | $112,306.33 |
| NEW YORK ST URBAN DEV CORP REV | | | | | |
| CORRECTIONAL CAP FACS SER 5 | | | | | |
| 06/30 | Purchased | 100,000 | 109.318 | $112,306.33 | |

See SIPC (Securities Investor Protection Corporation)

GRESCHNER1042

# JBHanauer & Co.
Serving Your Investment Needs Since 1931
Member NASD, SIPC

## Client Statement

**Securities Account**

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Account Number:
LPM-087227-92

Page 6 of 6

### Account Activity (CONTINUED)

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

RO JJ 6,000 01/01/2009 DTD 08/01/95
PREREFUNDED 01/01/2005 AT 102.00
ACCRUED INTEREST PAID: $2,983.33

561-627-5737

Winford Clearing Services Corporation

NT942J8A-LPM-00139

GRESCHNER1043

Nov 12 07 07:42p   Ron Greschner

# SALOMON SMITH BARNEY
A member of citigroup

## Select Client FMA PLUS
### March 29 – April 30, 1999

**RONALD GRESCHNER**

Account number 643-21450-16 430

Page 2 of 7

Jt: C0002324 00002655

### Portfolio details
*The values of your holdings are as of 04/30/99*

#### Money funds

| Description | No. of shares | Market value | | | | | Annualized Dividend Yield | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| SB MONEY FUNDS CASH PORT CL A | 1,379.59 | $1,379.59 | | | | | 4.37% | | | |
| Total money funds | | $1,379.59 | | | | | $4.16 | | | |

#### Common stocks

| Description | Exchange | No. of shares | Price | Yield | | | Anticipated Income (annualized) | U.S. Dollar Market value | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES FILTER CORP NEW | NYSE | 23,931 | $31.50 | | | | $0.00 | $755,401.50 | | Symbol: USF\|Rated: B- |
| Total stocks | | | | | | | | $755,401.50 | | |

#### Certificates of deposit

| Description | Amount | Interest rate | Maturity date | Price | | Anticipated Income (annualized) | Market value | Comment |
|---|---|---|---|---|---|---|---|---|
| HOUSEHOLD BANK, F.S.B. - IL DTD 05/01/96  INT: SEMI-ANN | $12,000.00 | 6.00% | 05/03/99 | 100.00 | | $720.00 | $12,000.00 | In cash account Accrued interest of $355.06 |
| ADVANTA NAT'L BK C/D CLAYMGNT DEL-DTD 5/7/1997 | 7,000.00 | 6.30 | 05/07/99 | 100.00 | | 441.00 | 7,000.00 | In cash account Accrued interest of $210.23 Int paid semi-annually |
| SHAWMUT BANK CONNECTICUT, N.A. DTD 07/13/94  INT: SEMI-ANN | 6,000.00 | 5.40 | 07/13/99 | 100.00 | | 324.00 | 6,000.00 | In cash account Accrued interest of $112.56 |
| CORUS BANK, N.A. - IL DTD 09/05/97  INT: SEMI-ANN | 20,000.00 | 6.00 | 09/07/99 | 100.00 | | 1,200.00 | 20,000.00 | In cash account Accrued interest of $184.10 |
| BANK CALIFORNIA C/D DTD 9/9/1994 | 2,000.00 | 6.65 | 09/09/99 | 100.00 | | 133.00 | 2,000.00 | In cash account Accrued interest of $18.94 Int paid semi-annually |
| BANK OF NEW YORK (DELAWARE)-DE DTD 09/23/94  INT: SEMI-ANN | 4,000.00 | 6.50 | 09/22/99 | 100.00 | | 260.00 | 4,000.00 | In cash account Accrued interest of $23.50 |
| PONCEBANK (PONCE FEDERAL) - PR DTD 10/02/96  INT: SEMI-ANN | 3,000.00 | 6.25 | 10/04/99 | 100.00 | | 187.50 | 3,000.00 | In cash account Accrued interest of $14.33 |
| BERKELEY FEDERAL BK & TRUST-NJ DTD 10/26/94  INT: SEMI-ANN | 3,000.00 | 6.85 | 10/26/99 | 100.00 | | 615.50 | 9,000.00 | In cash account Accrued interest of $8.75 |
| ITT FEDERAL BANK,FSB-CA DTD 11/02/94  INT: SEMI-ANN | 2,000.00 | 7.00 | 11/02/99 | 100.00 | | 140.00 | 2,000.00 | In cash account Accrued interest of $63.65 |
| MADISON BANK, N.A. DTD 11/15/95  INT: SEMI-ANN | 2,000.00 | 5.75 | 11/15/99 | 100.00 | | 115.00 | 2,000.00 | In cash account Accrued interest of $52.30 |
| FIRST DEPOSIT NAT'L BANK - NH DTD 11/30/94  INT: SEMI-ANN | 10,000.00 | 7.30 | 11/30/99 | 100.00 | | 730.00 | 10,000.00 | In cash account Accrued interest of $202.00 |
| GREENWOOD TRUST COMPANY - DE DTD 11/30/94  INT: SEMI-ANN | 1,000.00 | 7.25 | 11/30/99 | 100.00 | | 72.50 | 1,000.00 | In cash account Accrued interest of $29.99 |

GRESCHNER1044