# EXHIBIT L

# SALOMON SMITH BARNEY

A member of citigroup

150 J F K Parkway
Short Hills NJ 07078

Ronald Greschner
Special Account
7771 Ironhorse Blvd.
West Palm Beach FL 33412-2424

07/22/99

As you have instructed, we have completed a Federal Fund Money Transfer in the amount of $70,461.25

    From: Your Account 643-26462-1-1-430

    To: Bank Of America National Tr & Svgs

    For the benefit of: 00568010    Canadian Imperial Bank Of Commerce

    For the further benefit of: 0085634    John Greschner

The transfer agent has confirmed that this transfer was executed as a Federal Funds transaction with paid ref number 0722B1Qgc04C001348.

If any of the above information is not in accordance with your instructions, please contact the manager of your Branch immediately.

Sincerely,

*Richard L. Ecklund*

Richard L. Ecklund
First Vice President
Credit/Audit Control

# SALOMON SMITH BARNEY

A member of citigroup

150 J F K Parkway
Short Hills NJ 07078

Ronald Greschner
7771 Ironhorse Blvd.
West Palm Beach FL 33412-2424

08/25/99

As you have instructed, we have completed a Federal Fund Money Transfer in the amount of $50,000.00

    From: Your Account 643-21450-1-6-430

    To: Bank Of America N.A.

    For the benefit of: 00568010    Canadian Imperial Bank

    For the further benefit of: 7900414    Ron Greschner Enterprises

    The transfer agent has confirmed that this transfer was executed as a Federal Funds transaction with paid ref number 0825B1Qgc01C002389.

    Additional comments transmitted with the Money Transfer were: "Cd Matures Today."

If any of the above information is not in accordance with your instructions, please contact the manager of your Branch immediately.

Sincerely,

*Richard L. Ecklund*

Richard L. Ecklund
First Vice President
Credit/Audit Control

SMITH BARNEY INC.
A MEMBER OF TRAVELERS GROUP

388 GREENWICH STREET, 23RD FLOOR
NEW YORK, NEW YORK 10013-2396

GRESCHNER1046

## SALOMON SMITH BARNEY

A member of citigroup

150 J F K Parkway
Short Hills NJ 07078

Ronald Greschner
7771 Ironhorse Blvd.
West Palm Beach FL 33412-2424

07/21/99

As you have Instructed, we have completed a Federal Fund Money Transfer in the amount of $100,000.00

From: Your Account 643-21450-1-6-430

To: Bank Of America National Tr & Svgs

For the benefit of: 00568010    Canadian Imperial Bank Of Commerce

The transfer agent has confirmed that this transfer was executed as a Federal Funds transaction with paid ref number 0721B1Qgc07C003106.

If any of the above information is not in accordance with your instructions, please contact the manager of your Branch immediately.

Sincerely,

*Richard L. Ecklund*

Richard L. Ecklund
First Vice President
Credit/Audit Control

# SALOMON SMITH BARNEY

A member of citigroup

150 J F K Parkway
Short Hills NJ 07078

Dwp, Lp
Attn: Ronald Greschner
7771 Ironhorse Blvd
West Palm Beach FL 33412-2424

10/22/99

As you have instructed, we have completed a Federal Fund Money Transfer in the amount of $100,000.00

    From: Your Account 643-29353-1-7-430

    To: Bank Of America N.A.

    For the benefit of: 00568010    Canadian Imperial Bank

    For the further benefit of: 7900414    Ron Greschner Enterprises

The transfer agent has confirmed that this transfer was executed as a Federal Funds transaction with paid ref number 1022B1Qgc04C001180.

If any of the above information is not in accordance with your instructions, please contact the manager of your Branch immediately.

Sincerely,

*Richard L. Ecklund*

Richard L. Ecklund
First Vice President
Credit/Audit Control



# FXHistory®: historical currency exchange rates

**Conversion Table: USD to CAD (Interbank rate +4%)**

Time period: 7/14/99 to 4/20/00.
Daily averages:

| Date | Rate |
|---|---|
| 07/14/1999 | 1.5406560 |
| 07/15/1999 | 1.5410720 |
| 07/16/1999 | 1.5422160 |
| 07/17/1999 | 1.542320 |
| 07/18/1999 | 1.5422160 |
| 07/19/1999 | 1.5503280 |
| 07/20/1999 | 1.5513680 |
| 07/21/1999 | 1.5560720 |
| 07/22/1999 | 1.5652440 |
| 07/23/1999 | 1.5676960 |
| 07/24/1999 | 1.56780 |
| 07/25/1999 | 1.5670720 |
| 07/26/1999 | 1.571960 |
| 07/27/1999 | 1.5732080 |
| 07/28/1999 | 1.5728960 |
| 07/29/1999 | 1.5695680 |
| 07/30/1999 | 1.5654080 |
| 07/31/1999 | 1.56780 |
| 08/01/1999 | 1.5668640 |
| 08/02/1999 | 1.568320 |
| 08/03/1999 | 1.5593760 |
| 08/04/1999 | 1.5534480 |
| 08/05/1999 | 1.5525120 |
| 08/06/1999 | 1.5608320 |
| 08/07/1999 | 1.5630160 |
| 08/08/1999 | 1.5639520 |
| 08/09/1999 | 1.563120 |
| 08/10/1999 | 1.5616640 |
| 08/11/1999 | 1.555840 |
| 08/12/1999 | 1.545440 |
| 08/13/1999 | 1.5387840 |
| 08/14/1999 | 1.5374320 |
| 08/15/1999 | 1.5370160 |
| 08/16/1999 | 1.538160 |
| 08/17/1999 | 1.5389920 |
| 08/18/1999 | 1.5426320 |
| 08/19/1999 | 1.547520 |
| 08/20/1999 | 1.5556320 |
| 08/21/1999 | 1.5567760 |
| 08/22/1999 | 1.555840 |
| 08/23/1999 | 1.556880 |
| 08/24/1999 | 1.557920 |

| Date | Rate |
|---|---|
| 12/02/1999 | 1.53920 |
| 12/03/1999 | 1.5394080 |
| 12/04/1999 | 1.5416960 |
| 12/05/1999 | 1.538680 |
| 12/06/1999 | 1.5390960 |
| 12/07/1999 | 1.5340 |
| 12/08/1999 | 1.5377440 |
| 12/09/1999 | 1.5347280 |
| 12/10/1999 | 1.5370160 |
| 12/11/1999 | 1.538160 |
| 12/12/1999 | 1.5364960 |
| 12/13/1999 | 1.5383680 |
| 12/14/1999 | 1.5404480 |
| 12/15/1999 | 1.5435680 |
| 12/16/1999 | 1.5374320 |
| 12/17/1999 | 1.5369120 |
| 12/18/1999 | 1.534520 |
| 12/19/1999 | 1.5368080 |
| 12/20/1999 | 1.5393040 |
| 12/21/1999 | 1.5394080 |
| 12/22/1999 | 1.5362880 |
| 12/23/1999 | 1.534520 |
| 12/24/1999 | 1.52880 |
| 12/25/1999 | 1.5266160 |
| 12/26/1999 | 1.526720 |
| 12/27/1999 | 1.522560 |
| 12/28/1999 | 1.522560 |
| 12/29/1999 | 1.5089360 |
| 12/30/1999 | 1.5110160 |
| 12/31/1999 | 1.5110160 |
| 01/01/2000 | 1.504360 |
| 01/02/2000 | 1.503840 |
| 01/03/2000 | 1.5040480 |
| 01/04/2000 | 1.5047760 |
| 01/05/2000 | 1.5102880 |
| 01/06/2000 | 1.5073760 |
| 01/07/2000 | 1.5181920 |
| 01/08/2000 | 1.5150720 |
| 01/09/2000 | 1.5165280 |
| 01/10/2000 | 1.514760 |
| 01/11/2000 | 1.514240 |
| 01/12/2000 | 1.5161120 |

**Death of The US Dollar?**
Learn Which Foreign Markets Are Creaming The US By Up To $11 to $1!
MoneyAndMarkets.com

**Historical Options Prices**
Free industry information on Options prices and more.
www.888options.com

Ads by Google

http://www.oanda.com/convert/fxhistory

11/20/2007

GRESCHNER1050

| Date | Rate | Date | Rate |
|---|---|---|---|
| 08/25/1999 | 1.5549040 | 01/13/2000 | 1.512160 |
| 08/26/1999 | 1.5613520 | 01/14/2000 | 1.5088320 |
| 08/27/1999 | 1.553760 | 01/15/2000 | 1.5080 |
| 08/28/1999 | 1.549080 | 01/16/2000 | 1.5080 |
| 08/29/1999 | 1.5488720 | 01/17/2000 | 1.5083120 |
| 08/30/1999 | 1.5498080 | 01/18/2000 | 1.5082080 |
| 08/31/1999 | 1.5526160 | 01/19/2000 | 1.5087280 |
| 09/01/1999 | 1.5508480 | 01/20/2000 | 1.510080 |
| 09/02/1999 | 1.5520960 | 01/21/2000 | 1.5052960 |
| 09/03/1999 | 1.5549040 | 01/22/2000 | 1.499160 |
| 09/04/1999 | 1.5492880 | 01/23/2000 | 1.499160 |
| 09/05/1999 | 1.5509520 | 01/24/2000 | 1.499160 |
| 09/06/1999 | 1.5503280 | 01/25/2000 | 1.5010320 |
| 09/07/1999 | 1.5504320 | 01/26/2000 | 1.4951040 |
| 09/08/1999 | 1.5487680 | 01/27/2000 | 1.496040 |
| 09/09/1999 | 1.5421120 | 01/28/2000 | 1.4931280 |
| 09/10/1999 | 1.536080 | 01/29/2000 | 1.5040480 |
| 09/11/1999 | 1.5335840 | 01/30/2000 | 1.5050880 |
| 09/12/1999 | 1.534520 | 01/31/2000 | 1.5041520 |
| 09/13/1999 | 1.530880 | 02/01/2000 | 1.5037360 |
| 09/14/1999 | 1.5311920 | 02/02/2000 | 1.5051920 |
| 09/15/1999 | 1.5340 | 02/03/2000 | 1.49760 |
| 09/16/1999 | 1.537120 | 02/04/2000 | 1.4999920 |
| 09/17/1999 | 1.5321280 | 02/05/2000 | 1.4992640 |
| 09/18/1999 | 1.5302560 | 02/06/2000 | 1.4997840 |
| 09/19/1999 | 1.5304640 | 02/07/2000 | 1.498120 |
| 09/20/1999 | 1.534520 | 02/08/2000 | 1.5052960 |
| 09/21/1999 | 1.532960 | 02/09/2000 | 1.5042560 |
| 09/22/1999 | 1.5294240 | 02/10/2000 | 1.5029040 |
| 09/23/1999 | 1.5312960 | 02/11/2000 | 1.5071680 |
| 09/24/1999 | 1.533480 | 02/12/2000 | 1.5075840 |
| 09/25/1999 | 1.5336880 | 02/13/2000 | 1.5060240 |
| 09/26/1999 | 1.53140 | 02/14/2000 | 1.508520 |
| 09/27/1999 | 1.5292160 | 02/15/2000 | 1.5154880 |
| 09/28/1999 | 1.5227680 | 02/16/2000 | 1.514240 |
| 09/29/1999 | 1.5221440 | 02/17/2000 | 1.5119520 |
| 09/30/1999 | 1.5269280 | 02/18/2000 | 1.509040 |
| 10/01/1999 | 1.5258880 | 02/19/2000 | 1.5094560 |
| 10/02/1999 | 1.5258880 | 02/20/2000 | 1.506960 |
| 10/03/1999 | 1.5338960 | 02/21/2000 | 1.5093520 |
| 10/04/1999 | 1.5332720 | 02/22/2000 | 1.5145520 |
| 10/05/1999 | 1.5260960 | 02/23/2000 | 1.5211040 |
| 10/06/1999 | 1.5281760 | 02/24/2000 | 1.5202720 |
| 10/07/1999 | 1.5283840 | 02/25/2000 | 1.513720 |
| 10/08/1999 | 1.530880 | 02/26/2000 | 1.5060240 |
| 10/09/1999 | 1.530360 | 02/27/2000 | 1.5060240 |
| 10/10/1999 | 1.5306720 | 02/28/2000 | 1.5075840 |
| 10/11/1999 | 1.531920 | 02/29/2000 | 1.5098720 |
| 10/12/1999 | 1.5344160 | 03/01/2000 | 1.5081040 |
| 10/13/1999 | 1.5369120 | 03/02/2000 | 1.5068560 |
| 10/14/1999 | 1.541280 | 03/03/2000 | 1.5146560 |
| 10/15/1999 | 1.545440 | 03/04/2000 | 1.5098720 |
| 10/16/1999 | 1.5486640 | 03/05/2000 | 1.509560 |
| 10/17/1999 | 1.547520 | 03/06/2000 | 1.5092480 |
| 10/18/1999 | 1.5536560 | 03/07/2000 | 1.5113280 |
| 10/19/1999 | 1.55220 | 03/08/2000 | 1.514240 |
| 10/20/1999 | 1.5481440 | 03/09/2000 | 1.5154880 |
| 10/21/1999 | 1.545960 | 03/10/2000 | 1.5160080 |
| 10/22/1999 | 1.535760 | 03/11/2000 | 1.5170480 |

| Date | Rate | Date | Rate |
|---|---|---|---|
| 10/23/1999 | 1.5363920 | 03/12/2000 | 1.5160080 |
| 10/24/1999 | 1.5363920 | 03/13/2000 | 1.516320 |
| 10/25/1999 | 1.5367040 | 03/14/2000 | 1.5210 |
| 10/26/1999 | 1.5309840 | 03/15/2000 | 1.5238080 |
| 10/27/1999 | 1.5317120 | 03/16/2000 | 1.5260960 |
| 10/28/1999 | 1.5315040 | 03/17/2000 | 1.5320240 |
| 10/29/1999 | 1.5317120 | 03/18/2000 | 1.52880 |
| 10/30/1999 | 1.5309840 | 03/19/2000 | 1.52880 |
| 10/31/1999 | 1.529840 | 03/20/2000 | 1.5299440 |
| 11/01/1999 | 1.5276560 | 03/21/2000 | 1.5284880 |
| 11/02/1999 | 1.5273440 | 03/22/2000 | 1.528280 |
| 11/03/1999 | 1.5279680 | 03/23/2000 | 1.5291120 |
| 11/04/1999 | 1.5242240 | 03/24/2000 | 1.5296320 |
| 11/05/1999 | 1.5188160 | 03/25/2000 | 1.5222480 |
| 11/06/1999 | 1.5188160 | 03/26/2000 | 1.5222480 |
| 11/07/1999 | 1.52620 | 03/27/2000 | 1.521520 |
| 11/08/1999 | 1.5283840 | 03/28/2000 | 1.519440 |
| 11/09/1999 | 1.5317120 | 03/29/2000 | 1.5120560 |
| 11/10/1999 | 1.530880 | 03/30/2000 | 1.5159040 |
| 11/11/1999 | 1.5260960 | 03/31/2000 | 1.5130960 |
| 11/12/1999 | 1.5219360 | 04/01/2000 | 1.5080 |
| 11/13/1999 | 1.521520 | 04/02/2000 | 1.5088320 |
| 11/14/1999 | 1.5219360 | 04/03/2000 | 1.5078960 |
| 11/15/1999 | 1.5227680 | 04/04/2000 | 1.5088320 |
| 11/16/1999 | 1.5247440 | 04/05/2000 | 1.5101840 |
| 11/17/1999 | 1.5258880 | 04/06/2000 | 1.508520 |
| 11/18/1999 | 1.5258880 | 04/07/2000 | 1.5112240 |
| 11/19/1999 | 1.522560 | 04/08/2000 | 1.5159040 |
| 11/20/1999 | 1.5227680 | 04/09/2000 | 1.5149680 |
| 11/21/1999 | 1.5205840 | 04/10/2000 | 1.516320 |
| 11/22/1999 | 1.5208960 | 04/11/2000 | 1.5213120 |
| 11/23/1999 | 1.5244320 | 04/12/2000 | 1.5228720 |
| 11/24/1999 | 1.5265120 | 04/13/2000 | 1.5223520 |
| 11/25/1999 | 1.5266160 | 04/14/2000 | 1.5315040 |
| 11/26/1999 | 1.5258880 | 04/15/2000 | 1.5358720 |
| 11/27/1999 | 1.5265120 | 04/16/2000 | 1.533480 |
| 11/28/1999 | 1.5271360 | 04/17/2000 | 1.533480 |
| 11/29/1999 | 1.53140 | 04/18/2000 | 1.5457520 |
| 11/30/1999 | 1.5332720 | 04/19/2000 | 1.5408640 |
| 12/01/1999 | 1.533480 | 04/20/2000 | 1.5336880 |

Average (282 days): 1.52895  
High: 1.57778  
Low: 1.48824

New table

Same table available in HTML, ASCII, CSV.

FXHistory ©1997-2007 by OANDA Corporation

**How to Read this table:**
Each daily rate is the average ASK price for the day.
The AVERAGE rate is the average of all the ASK prices for the given time period.
The HIGH rate is the highest BID rate for the given time period.
The LOW rate is the lowest BID rate for the given time period.

Home Page | Currency Converter | Terms of Use | Privacy Policy | Register | Contact Us | Site Map | Search
© 1996 - 2007 OANDA Corporation. All rights reserved. All Registered Trade Marks used on this Website, whether marked as Trade Marks or not marked, are declared to belong to their respective owner(s). OANDA Corporation owns Trade Marks of all its "FX" products.

## ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 27 day of July, 1997

BETWEEN:

CAROL ALT

(hereinafter referred to as the "Assignor")

OF THE FIRST PART

AND:

RON GRESCHNER

(hereinafter referred to as the "Assignee")

OF THE SECOND PART

WHEREAS WG Capital Inc. (formerly 3426 Investments Ltd.) ("WG") is indebted to the Assignee and the Assignor in the principal amount of Nine Hundred and Fifty Thousand Dollars U.S. ($950,000.00 U.S.) together with interest thereon at the rate of 10-1/8% per annum (the "Debt");

AND WHEREAS the following have been executed in respect of the Debt:

(a)  a Promissory Note made by WG in favor of the Assignee and the Assignor dated April 30, 1993 in the principal amount of Two Hundred and Seventy-Five Thousand Dollars U.S. ($275,000.00 U.S.) together with interest thereon at the rate of 10-1/8% per annum ("Promissory Note #1");

(b)  a Promissory Note made by WG in favor of the Assignee and the Assignor dated January 21, 1994 in the principal amount of Six Hundred and Fifty Thousand Dollars

- 2 -

U.S. ($650,000.00 U.S.) together with interest thereon at the rate of 10-1/8% per annum ("Promissory Note #2");

(c) an Assignment Agreement between WG, the Assignee and the Assignor made the 19th day of May, 1993 whereby WG assigned to the Assignee and the Assignor the following:

  (i) all indebtedness owed by WaterGroup Companies Inc. and Aqua D'or Water Treatment Inc.;
  (ii) the Security Agreement by WaterGroup Companies Inc. dated May 18, 1993;
  (iii) the Trust Deed by Aqua D'or Water Treatment Inc. dated May 19, 1993;

(the "Assignment Agreement")

AND WHEREAS the Assignor has agreed to assign the Debt, Promissory Note #1, Promissory Note #2 and the Assignment Agreement to the Assignee;

NOW THEREFORE in consideration of the sum of One Dollar ($1.00) paid by the Assignor to the Assignee, the receipt and sufficiency of which is hereby acknowledged by the Assignor, this Agreement witnesseth:

1. The Assignor assigns and transfers to the Assignee all of her right, title and interest in the Debt, including all legal and equitable rights of the Assignor to pursue all claims, demands and causes of action of whatever nature and kind available to the Assignor and arising out of the Debt.

2. The Assignor transfers and assigns to the Assignee all of her right, title and interest in Promissory Note #1, Promissory Note #2, and the Assignment Agreement and all legal rights, claims and priorities associated with the said Promissory Note #1, Promissory Note #2 and the Assignment Agreement.

GRESCHNER 1032

- 3 -

3.          The Assignor warrants and represents that she has not assigned, transferred or released any of the rights or claims assigned to the Assignee herein.

4.          The Assignor covenants and agrees, from time to time, to do all such further acts and execute and deliver all such further deeds and documents as may be reasonably required in order to fully perform and carry out the terms of this agreement.

5.          The terms "Assignor" and "Assignee" and the references hereto herein shall include the executors, administrators, successors and assigns of the Assignor and the Assignee, respectively.

IN WITNESS WHEREOF the undersigned hereto have executed this Agreement as of the _29t_ day of _July_, 1997.

SIGNED, SEALED AND DELIVERED   )
in the presence of:            )
                               )
_Melanie Martinell_            )    _____
Witness                             CAROL ALT

SIGNED, SEALED AND DELIVERED   )
in the presence of:            )
                               )
_Mark A Pullano_               )    _____
Witness                             RON GRESCHNER

c:\unit10\10191\65\

GRESCHNER1033

**DX44**



## Carol Alt/Ron Greschner

163 JOHN STREET
GREENWICH, CT

Telephone 203-629-1740
Fax 203-869-5918

Don Fottes
Water Group Companies Inc.
580 Park Street
Regina, Saskatchewan
Canada   S4N 5A9

Dear Don,

Could you please remove the name of Carol Alt off the loan made to you by Carol Alt & Ron Greschner leaving only the name of Ron Greschner on the loan. If there are any problems please call us at our new number 212-426-7166. Thanks

Carol Alt
Date signed 4/18/1997

Ron Greschner
Date signed 4/18/1997

GRESCHNER1034

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

**The New York Times**

Tuesday, November 20, 2007

# New York and Region

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS |

AUTOS

PRINT
SAVE
SHARE



## Radio D.J. Is Sentenced in Tax Fraud Case

Published: October 31, 1999

John Sialiano, a radio disc jockey known as "Goomba Johnnie," has been sentenced to five months in prison to be followed by five months of home confinement, according to Mary Jo White, the United States Attorney for the Southern District.

Mr. Sialiano, 42, pleaded guilty in July to cheating the Government from 1993 to 1995 out of more than $87,000 in tax on about $230,000 in gambling winnings and income from the Scores strip club in Manhattan. He is a morning show co-host on WKTU (103.5 FM), and has remained on the air since his arrest.

He was indicted in January 1998 with John A. Gotti, 35, who was accused of controlling Scores through the Gambino crime family. Mr. Gotti pleaded guilty in April to racketeering and other charges.

More serious charges against Mr. Sialiano, alleging a role in the extortion of Scores when he worked there, were dropped. The sentence was handed down on Friday by Judge Barrington D. Parker Jr. of Federal District Court in White Plains.

It was shorter than the prison term of 10 to 16 months that Russell Gioiella, Mr. Sialiano's lawyer, had said he expected his client would receive. Mr. Sialiano, who lives in New Rochelle, was ordered to surrender on Jan. 7.

Get De: