# EXHIBIT N

# Greschner Enterprise's Water Group Investment       REV'D

| Items | Amount, Canadian $ | Date | American exchange rate | American $ Value | Bates # | Notes |
|---|---|---|---|---|---|---|
| **Shares Received** | | | | | | |
| Return on Investment | $2,512,217.16 | 9/30/1997 | 0.752856 | $1,891,337.76 | | 50,436 shares at 49.81 |
| **Shares Deducted** | | | | | | |
| Escro: 5,604 @ 49.81 | 279,135.24 | 9/30/1997 | 0.752856 | $210,148.64 | | 5,604 shares @ 49.81 |
| Optionees:4723 Shares @49.81 | 235,252.63 | 9/30/1997 | 0.752856 | $177,110.87 | | 4723 shares @ 49.81 |
| **Total Value of Shares** | $ 1,997,829.29 | | | $ 1,504,078.25 | | |
| **Investment** | | | | | | |
| Investment | 70,000.00 | 10/3/1983 | 0.843856 | $59,069.92 | 534 | |
| Investment | 30,000.00 | 10/3/1983 | 0.843856 | $25,315.68 | 534 | |
| Investment | 110,000.00 | 12/7/1983 | 0.836472 | $92,011.92 | 533 | |
| **Total Investment** | **$210,000.00** | | | **$176,397.52** | | |
| **Expenses and Taxes** | | | | | | |
| Kanuka & Thuringek | 262.48 | 4/10/1998 | 0.729976 | $191.60 | 629 | Corp Ret |
| Ernest & Young | 1,831.84 | 12/23/1998 | 0.67028 | $1,227.85 | 627 | Accounting |
| Rec General | 130,000.00 | 2/20/1999 | 0.699608 | $90,949.04 | 634 | Income Tax |
| Kanuka & Thuringek | 158.28 | 3/17/1999 | 0.682968 | $108.10 | 637 | Corp Ret |
| Rec General | 65,000.00 | 4/20/1999 | 0.6994 | $45,461.00 | 634 | Income Tax |
| Rec General | 65,000.00 | 5/20/1999 | 0.709592 | $46,123.48 | 633 | Income Tax |
| Rec General | 30,000.00 | 6/20/1999 | 0.710424 | $21,312.72 | 633 | Income Tax |
| Rec General | 100,000.00 | 7/25/1999 | 0.690456 | $69,045.60 | 632 | Income Tax |
| Rec General | 65,000.00 | 8/24/1999 | 0.69472 | $45,156.80 | 632 | Income Tax |
| Rec General | 60,000.00 | 9/19/1999 | 0.706992 | $42,419.52 | 631 | Income Tax |
| Ernest & Young | 924.48 | 9/30/1999 | 0.708864 | $655.33 | 635 | Accounting |
| Rec General | 135,000.00 | 10/19/1999 | 0.69732 | $94,138.20 | 631 | Income Tax |

1

# Greschner Enterprise's Water Group Investment                REV'D

| Items | Amount, Canadian $ | Date | American exchange rate | American $ Value | Bates # | Notes |
|---|---|---|---|---|---|---|
| Kanuka & Thuringek | 158.93 | 3/10/2000 | 0.71396 | $113.47 | 654 | Corp Ret |
| Rec General | 14,740.00 | 4/5/2000 | 0.716664 | $10,563.63 | 656 | Income Tax |
| Rec General | 72,545.49 | 4/12/2000 | 0.710736 | $51,560.69 | 656 | Income Tax |
| Ernest & Young | 924.48 | 9/1/2000 | 0.706992 | $653.60 | 655 | Accounting |
| Deloitte & Touche | 1,625.33 | 8/10/2001 | 0.675584 | $1,098.05 | 660 | Accounting |
| Deloitte & Touche | 505.58 | 7/19/2002 | 0.673192 | $340.35 | | Accounting, used invoice date in absence of payment info |
| Rec General | 156,133.84 | 7/6/2002 | 0.777192 | $121,345.97 | 664 | Income Tax |
| Rec General | 30,460.50 | 10/23/2002 | 0.79768 | $24,297.73 | 663 | Income Tax |
| Kanuka & Thuringek | 184.51 | 11/1/2003 | 0.788944 | $145.57 | 665 | Corp Ret, used invoice date in absence of payment info |
| **Total Expenses** | **$930,455.74** | | | **$666,908.30** | | |

|  | Canadian | | U.S. |
|---|---|---|---|
| Total Net Value of Shares | $1,997,829.29 | | $1,504,078.25 |
| Total Investment | $ 210,000.00 | | $ 176,397.52 |
| Total Expenses | $ 930,455.74 | | $ 666,908.30 |
| **Total Profit** | **$ 857,373.55** | | **$ 660,772.43** |

2