# EXHIBIT 7

Samantha Addonizio
212 469-8954

90,655. # Tradable Shares
12,734. Joe + Jen
———
77,921  Carols Ford
         2124695848

## Stock Option Summary

### Nannini

| | Freely Tradeable | Escrow | Total |
|---|---|---|---|
| Industria | 10,742 | 1,194 | 11,936 |
| Ran G Ent | 3984 | 443 | ~~4,365~~ 4,427 |
| Norm R | 1,288 | 149 | 1,437 |
| Will S | 1,288 | 149 | 1,437 |
| Dwight A | 1288 | 149 | 1,437 |
| | 18,590 | 2084 | ~~18,670~~ 20,674 |

### Tidd

| | Freely Tradeable | Escrow | Total |
|---|---|---|---|
| Industria | 1,992 | 227 | 2,219 |
| Ran G Ent | 739 | 84 | 823 |
| Norm R | 239 | 28 | 267 |
| Will S | 239 | 28 | 267 |
| Dwight A | 239 | 28 | 267 |
| | 3,448 | 395 | 3843 |

**EXHIBIT 7**