## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )


        CARMEN TANCO, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

        That on the 10TH of December, 2007, deponent served the within **DON FETTES AFFIDAVIT** upon:

> Richard A. Roth
> The Roth Law Firm
> 545 Fifth Avenue
> Suite 960
> New York, NY 10017


at the address designated by said attorney(s) for that purpose by depositing a true copy of the same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Carmen Tanco

Sworn to before me this
10th day of December, 2007


_____
Notary Public

NANCY LEDY-GURREN
Notary Public, State of New York
Registration #02LE6054505
Qualified in Westchester County
Commission Expires Feb. 5, 2011