**EXHIBIT 1**

NT3421AC-LPM-001143

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*

Member N.A.S.D., Inc.

## Client Statement

**SIPC**

### Securities Account

For The Period:
April 1 - April 30, 1999

Page 1 of 2

**Account Number:**
LPM-087227-82

**Your Account Executive:**
DAVID IAN MAGUN
J.B. HANAUER & CO.
1700 PALM BEACH LAKES BLVD 900
WEST PALM BEACH FL 33401

Phone: 800-777-9790

MR RON GRESCHNER
7771 IRONHORSE BLVD
WEST PALM BCH  FL  33412-2424

### Total Account Net Worth

| | OPENING | CLOSING |
|---|---|---|
| Priced Securities Value | $.00 | $1,439,959.50 |
| **Total Net Worth** | **$.00** | **$1,439,959.50** |

### Income & Distributions

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| Total Income | $.00 | $.00 |

### Cash Activity Highlights

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| Funds Added | $.00 | $.00 |
| Funds Withdrawn | $.00 | $.00 |

**EXHIBIT 1**

# JBHanauer & Co.
Serving Your Investment Needs Since 1931
Member N.A.S.D., Inc.

## Client Statement

## Securities Account

For The Period: April 1 - April 30, 1999

MR RON GRESCHNER

Account Number: LPM-087227-82

Page 2 of 2

### Portfolio Detail

**Equities - 100.0% of Portfolio**

| | SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES FILTER CORP NEW | USF | 45,713 | 31.500 ** | $1,439,959.50 | | | | |

**TOTAL PRICED SECURITIES VALUE**   $1,439,959.50

### Account Activity

| | DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| US FILTER CORP EXO | 04/23 | Received | 45,713 | | | |

J.B. HANAUER & CO. WILL SOON BE INTRODUCING PACKAGED STATEMENTS. FOR MORE INFORMATION PLEASE REFER TO THE ENCLOSED STATEMENT STUFFER OR CALL YOUR J.B. HANAUER ACCOUNT EXECUTIVE.

NT9421AC-LPM-001144