## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      CARMEN TANCO, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

      That on the 10TH of December, 2007, deponent served the within **JOSEPH SISTI AFFIDAVIT** upon:

>Richard A. Roth
>The Roth Law Firm
>545 Fifth Avenue
>Suite 960
>New York, NY 10017

at the address designated by said attorney(s) for that purpose by depositing a true copy of the same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Carmen Tanco

Sworn to before me this
10th day of December, 2007

_____
Notary Public

NANCY LEDY-GURREN
Notary Public, State of New York
Registration #02LE6054505
Qualified In Westchester County
Commission Expires Feb. 5, 2011