# EXHIBIT 7

Samantha Addonizio
212 469-8954.

90655. # Available Shares
12,734. Joe + Jan.
―――――
77,921  Carols Fax
         2124695848

## Stock Option Summary

Naurion

| | Freely Tradeable | Escrow | Total |
|---|---|---|---|
| Industria | 10,742 | 1,194 | 11,936 |
| Ron G Ent | 3984 | 443 | 4,427 ~~5,365~~ |
| Norm R | 1,288 | 149 | 1,437 |
| Will S | 1,288 | 149 | 1,437 |
| Dwight A | 1288 | 149 | 1,437 |
| | 18,590 | 2084 | 20,674 ~~52,610~~ |

Tidd

| | Freely Tradeable | Escrow | Total |
|---|---|---|---|
| Industria | 1,992 | 227 | 2,219 |
| Ron G Ent | 739 | 84 | 823 |
| Norm R | 239 | 28 | 267 |
| Will S | 239 | 28 | 267 |
| Dwight A | 239 | 28 | 267 |
| | 3,448 | 395 | 3843 |

**EXHIBIT 7**