## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK   )

        CARMEN TANCO, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

        That on the 10TH of December, 2007, deponent served the within **DON FETTES AFFIDAVIT** upon:

> Richard A. Roth
> The Roth Law Firm
> 545 Fifth Avenue
> Suite 960
> New York, NY 10017

at the address designated by said attorney(s) for that purpose by depositing a true copy of the same enclosed in a postpaid, properly addressed  wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Carmen Tanco

Sworn to before me this
10th day of December, 2007

Notary Public

NANCY LEDY-GURREN
Notary Public, State of New York
Registration #02LE6054505
Qualified in Westchester County
Commission Expires Feb. 5, 2011