# EXHIBIT 2

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*

Member N.A.S.D., Inc.

## Client Statement

**Securities Account**

For The Period:
May 1 - June 30, 1999

Page 1 of 6

Account Number: LPM-087227-82

Phone: 800-777-9790

Your Account Executive:
DAVID IAN MAGUN
J.B. HANAUER & CO.
1700 PALM BEACH LAKES BLVD 900
WEST PALM BEACH FL 33401

MR RON GRESCHNER
7771 IRONHORSE BLVD
WEST PALM BCH  FL  33412-2424

### Total Account Net Worth

| | THIS PERIOD OPENING | CLOSING |
|---|---|---|
| Priced Securities Value | $1,439,959.50 | $1,251,861.22 |
| Money Market Funds | $.00 | $170,951.76 |

| | | |
|---|---|---|
| Total Net Worth | $1,439,959.50 | $1,422,812.98 |

### Income & Distributions

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Money Fund Dividends | $650.55 | $650.55 |

| | | |
|---|---|---|
| Total Income | $650.55 | $650.55 |

### Cash Activity Highlights

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Funds Added | $.00 | $.00 |
| Funds Withdrawn | $.00 | $.00 |

EXHIBIT 2

NT942JBA-LPM-001314

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*
Member N.A.S.D., Inc.

## Client Statement

**Securities Account**

For The Period: May 1 - June 30, 1999

Account Number: LPM-087227-82

MR RON GRESCHNER

Page 2 of 6

### Escrow Message

We are required by law to withhold and pay to the Internal Revenue Service (IRS) 31% of interest, dividends and certain other payments if you do not provide us with a properly completed IRS Form W-9; Payer's Request for Taxpayer Identification Number. If you are a nonresident alien, you must instead provide us with Form W-8; Certificate of Foreign Status, in order to prevent your account from being treated as that of a U.S. citizen.

Note: We withheld 31% from your reportable payment(s) and placed the withheld amount(s) in escrow within your account. Since we received from you a properly completed IRS Form W-9 (or W-8) within 30 days from the opening date of your account, all amounts held in escrow have been returned. This information is reflected in the activity portion of your statement.

### Portfolio Detail

| Description | Symbol | Quantity | Current Price | Current Value | Estimated Accrued Interest | Estimated Annualized Income | Current Yield | Comments |
|---|---|---|---|---|---|---|---|---|
| **Government Bonds - 35.1% of Portfolio** | | | | | | | | |
| UNITED STATES TREASURY NOTES CP MN 5.250 05/31/2001 DTD 05/31/99 1ST CPN 11/30/99 | | 100,000 | 99.500 | $99,500.00 | $445 | $5,250 | 5.28% | Rating: AAA/NR CUSIP 9128275H1 |
| UNITED STATES TREASURY NOTES CP MN 5.750 11/30/2002 DTD 11/30/97 | | 100,000 | 100.125 | $100,125.00 | $487 | $5,750 | 5.74% | Rating: AAA/AAA CUSIP 9128273Q3 |
| UNITED STATES TREASURY NOTES CP FA 5 3/4 08/15/2003 DTD 08/15/93 | | 100,000 | 100.000 | $100,000.00 | $2,160 | $5,750 | 5.75% | Rating: AAA/AAA CUSIP 912827L83 |
| UNITED STATES TREASURY NOTES CP FA 5.875 02/15/2004 DTD 02/15/94 | | 100,000 | 100.531 | $100,531.00 | $2,207 | $5,875 | 5.84% | Rating: AAA/AAA CUSIP 912827N81 |
| UNITED STATES TREASURY NOTES CP MN 5.875 11/15/2005 DTD 11/15/95 | | 100,000 | 99.938 | $99,938.00 | $750 | $5,875 | 5.88% | Rating: AAA/AAA CUSIP 912827V82 |
| **Total** | | 500,000 | | $500,094.00 | $6,049 | $28,500 | | |
| **Municipal Bonds - 38.2% of Portfolio** | | | | | | | | |
| NEW YORK ST URBAN DEV CORP REV CORRECTIONAL CAP FACS-SER 5 RO JJ 6.000 01/01/2009 DTD 08/01/95 PREREFUNDED 01/01/2005 AT 102.00 BOOK ENTRY ONLY | | 100,000 | 107.800 E | $107,800.00 | $3,000 | $6,000 | 5.57% | Rating: BAA1/BBB+ CUSIP 650033W90 |
| GREATER ORLANDO AVIATION AUTH ORLANDO FLA ARPT FACS REV SER A RO AO 4.375 10/01/2006 DTD 06/01/99 1ST CPN 10/01/99 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | | 100,000 | 97.113 E | $97,113.00 | $365 | $4,375 | 4.51% | Rating: AAA/AAA FGIC Insured CUSIP 39274PN0 |

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*

Member N.A.S.D., Inc.

SIPC

# Client Statement

| Securities Account | | |
|---|---|---|
| For The Period: May 1 - June 30, 1999 | MR RON GRESCHNER | Account Number: LPM-087227-82 |

Page 3 of 6

## Portfolio Detail (continued)

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|
| **Municipal Bonds - 38.2% of Portfolio** | | | | | | | |
| DADE CNTY FLA AVIATION REV MIAMI INTL ARPT SER B RO AO 5.000 10/01/2007 DTD 10/01/97 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | 100,000 | 100.194 E | $100,194.00 | $1,250 | $5,000 | 4.99% | Rating: AAA/AAA FSA Insured CUSIP 233455E75 |
| PENNSYLVANIA HSG FIN AGY SINGLE FAMILY MTG-SER 59A RO AO 5.050 10/01/2008 DTD 07/01/97 CALL 10/01/2007 101.50 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | 40,000 | 101.337 E | $40,534.80 | $505 | $2,020 | 4.98% | Rating: AA2/AA+ CUSIP 708792SG2 |
| YORK CNTY PA HOSP AUTH REV HOSP HANOVER HOSP INC RO JD 4.650 12/01/2010 DTD 09/01/98 CALL 06/01/2008 100.00 | 55,000 | 94.575 E | $52,016.25 | $213 | $2,558 | 4.92% | Rating: AAA/AAA AMBAC Insured CUSIP 986392MK1 |
| LEE CNTY FLA PASSENGER FAC CHARGE REV RFDG RO AO 5.000 10/01/2011 DTD 04/01/98 CALL 10/01/2005 101.00 BOOK ENTRY ONLY SUBJECT TO ALTERNATIVE MINIMUM TAX | 100,000 | 98.000 E | $98,000.00 | $1,250 | $5,000 | 5.10% | Rating: AAA/AAA AMBAC Insured CUSIP 52349GAP2 |
| CAMDEN CNTY N J IMPT AUTH LEASE REV RFDG CNTY GTD SER A RO JD 4.650 12/01/2012 DTD 01/01/98 CALL 12/01/2008 101.00 BOOK ENTRY ONLY | 50,000 | 93.751 E | $46,875.50 | $194 | $2,325 | 4.96% | Rating: AAA/AAA FGIC Insured CUSIP 13281KEH7 |
| **Total** | 545,000 | | $542,533.55 | $6,777 | $27,278 | | |
| **Equity Mutual Funds - 14.7% of Portfolio** | | | | | | | |
| AIM FUNDS GROUP VALUE FUNDS CLASS B SHS | 2,323.420 | 44.770 | $104,019.51 | | | | |
| MASSACHUSETTS INVESTORS GROWTH STOCK FUND CLASS B | 6,207.325 | 16.950 | $105,214.16 | | | | |
| **Total** | | | $209,233.67 | | | | |
| **TOTAL PRICED SECURITIES VALUE** | | | $1,251,861.22 | $12,826 | $55,778 | | |

NT9421JBA-LPM-00131

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*
Member N.A.S.D., Inc.

# Client Statement

## Securities Account

For The Period: May 1 - June 30, 1999
MR RON GRESCHNER
Account Number: LPM-087227-82

Page 4 of 6

### Portfolio Detail (continued)

| SYMBOL | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUALIZED INCOME | CURRENT YIELD | COMMENTS |
|---|---|---|---|---|---|---|---|

**Money Market Funds - 12.0% of Portfolio**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KEMPER MONEY/MARKET PORTFOLIO | 170,951.760 | 1.000 | $170,951.76 | | $7,060 | 4.13% 7-Day Yield | |
| **TOTAL MONEY MARKET FUNDS** | | | **$170,951.76** | | **$7,060** | | |

### Account Activity

| | DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| AIM FUNDS GROUP VALUE FUNDS CLASS B SHS | 06/09 | Purchased | 2,323.420 | 43.04 | $100,000.00 | |
| MASSACHUSETTS INVESTORS GROWTH STOCK FUND CLASS B | 06/09 | Purchased | 6,207.325 | 16.11 | $100,000.00 | |
| US FILTER CORP EXM CASH MERGER | 06/09 | Delivered | -45,713 | Exchanged | | $1,439,959.50 |
| FEDERAL TAX WITHHELD PLACED IN ESCROW US FILTER CORP EXM CASH MERGER | 06/09 | Debit | | | $446,387.45 | |
| KEMPER MNY MKT AUTO SUBSCRIPTION | 06/10 | Purchased | 793,572.050 | 1.00 | $793,572.05 | |
| KEMPER MNY MKT AUTO REDEMPTION | 06/15 | Sold | -547,783.530 | 1.00 | | $547,783.53 |
| PENNSYLVANIA HSG FIN AGY SINGLE FAMILY MTG-SER 59A RO AO 5.050 10/01/2008 DTD 07/01/97 CALL 10/01/2007 101.50 ACCRUED INTEREST PAID: $415.22 | 06/15 | Purchased | 40,000 | 102.50 | $41,420.22 | |
| UNITED STATES TREASURY NOTES CP FA 5 3/4 08/15/2003 DTD 08/15/93 ACCRUED INTEREST PAID: $1,906.08 | 06/15 | Purchased | 100,000 | 100.357 | $102,268.08 | |
| UNITED STATES TREASURY NOTES CP FA 5.875 02/15/2004 DTD 02/15/94 ACCRUED INTEREST PAID: $1,947.51 | 06/15 | Purchased | 100,000 | 100.699 | $102,651.51 | |
| UNITED STATES TREASURY NOTES CP MN 5.875 11/15/2005 DTD 11/15/95 ACCRUED INTEREST PAID: $494.90 | 06/15 | Purchased | 100,000 | 100.391 | $100,890.90 | |
| UNITED STATES TREASURY NOTES CP MN 5.750 11/30/2002 DTD 11/30/97 ACCRUED INTEREST PAID: $235.66 | 06/15 | Purchased | 100,000 | 100.462 | $100,702.66 | |

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*
Member N.A.S.D., Inc.

## Securities Account

## Client Statement

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Account Number:
LPM-087227-82

Page 5 of 6

### Account Activity (CONTINUED)

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 06/15 | Purchased | 100,000 | 99.63 | $99,850.16 | |
| UNITED STATES TREASURY NOTES<br>CP MN 5.250 05/31/2001 DTD 05/31/99<br>1ST CPN 11/30/99<br>ACCRUED INTEREST PAID: $215.16 | | | | | |
| 06/18 | Credit | | | | $446,387.45 |
| FEDERAL TAX RETURNED FROM ESCROW<br>US FILTER CORP EXM<br>CASH MERGER | | | | | |
| 06/21 | Purchased | 50,000 | 98.038 | $49,153.17 | |
| CAMDEN CNTY N J IMPT AUTH LEASE REV<br>RFDG CNTY GTD SER A<br>RO JD 4.650 12/01/2012 DTD 01/01/98<br>CALL 12/01/2008 101.00<br>ACCRUED INTEREST PAID: $129.17 | | | | | |
| 06/21 | Purchased | 242,243.240 | 1.00 | $242,243.24 | |
| KEMPER MNY MKT<br>AUTO SUBSCRIPTION | | | | | |
| 06/21 | Purchased | 100,000 | 99.839 | $100,087.06 | |
| GREATER ORLANDO AVIATION AUTH ORLANDO<br>FLA ARPT FACS REV SER A<br>RO AO 4.375 10/01/2006 DTD 06/01/99<br>1ST CPN 10/01/99<br>ACCRUED INTEREST PAID: $243.06 | | | | | |
| 06/21 | Purchased | 55,000 | 99.558 | $54,903.98 | |
| YORK CNTY PA HOSP AUTH REV<br>HOSP HANOVER HOSP INC<br>RO JD 4.650 12/01/2010 DTD 09/01/98<br>CALL 06/01/2008 100.00<br>ACCRUED INTEREST PAID: $142.08 | | | | | |
| 06/22 | Dividend | 650.550 | Money Fund | | |
| KEMPER MONEY MKT DIV REIN 05/22 - 06/21 | | | | | |
| 06/22 | Sold | -104,197 | 1.00 | | $104,197.00 |
| KEMPER MNY MKT<br>AUTO REDEMPTION | | | | | |
| 06/22 | Purchased | 100,000 | 103.067 | $104,197.00 | |
| DADE CNTY FLA AVIATION REV<br>MIAMI INTL ARPT SER B<br>RO AO 5.000 10/01/2007 DTD 10/01/97<br>ACCRUED INTEREST PAID: $1,125.00 | | | | | |
| 06/29 | Sold | -101,227.220 | 1.00 | | $101,227.22 |
| KEMPER MNY MKT<br>AUTO REDEMPTION | | | | | |
| 06/29 | Purchased | 100,000 | 100.00 | $101,227.22 | |
| LEE CNTY FLA PASSENGER FAC CHARGE REV<br>RFDG<br>RO AO 5.000 10/01/2011 DTD 04/01/98<br>CALL 10/01/2005 101.00<br>ACCRUED INTEREST PAID: $1,222.22 | | | | | |
| 06/30 | Sold | -112,306.330 | 1.00 | | $112,306.33 |
| KEMPER MNY MKT<br>AUTO REDEMPTION | | | | | |
| 06/30 | Purchased | 100,000 | 109.318 | $112,306.33 | |
| NEW YORK ST URBAN DEV CORP REV<br>CORRECTIONAL CAP FACS-SER 5 | | | | | |

NT942JBA-LPM-001318

# JBHanauer & Co.
*Serving Your Investment Needs Since 1931*
Member N.A.S.D., Inc.

SIPC

## Client Statement

**Securities Account**

For The Period:
May 1 - June 30, 1999

MR RON GRESCHNER

Account Number:
LPM-087227-82

Page 6 of 6

### Account Activity (CONTINUED)

| DATE | TRANSACTION | QUANTITY | PRICE/COMMENTS | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| | RO JJ 6.000 01/01/2009 DTD 08/01/95 PREREFUNDED 01/01/2005 AT 102.00 ACCRUED INTEREST PAID: | | | | $2,983.33 |