UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROL A. ALT,

               Plaintiff,

   -against-

RONALD J. GRESCHNER,

-----------------------------------------------------------X

Civil Action No.: 07CIV6004 (CM)

NOTICE OF MOTION

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

## NOTICE OF MOTION FOR REARGUMENT AND SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the annexed affidavits of Nancy Ledy Gurren, sworn to the 10th day of December, 2007, the affidavit of Donald Fettes, sworn to the 10th day of December and the Affidavit of Joseph Sisti, sworn to 6th day of December, 2007, the exhibits annexed thereo and upon the annexed Memorandum of Law, defendant Ronald J. Greschner will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time designated by the Court, for an order, (1) pursuant to Local Rule 6.3, granting reargument of this Court's order dated November 26, 2007, and upon reconsideration, declaring defendant's discovery obligations at an end; and (2) pursuant to Federal Rule of Civil Procedure 56(c), granting summary judgment in favor of the defendant, on the grounds of both untimeliness and plaintiff's complete lack of proof.

Dated: December 10, 2007

Respectfully submitted,

_Nancy Ledy [signature]_
Nancy Ledy-Gurren (2186)
LEDY GURREN BASS & SIFF, LLP
Attorneys for Defendant
475 Park Avenue South, 8th Floor
New York, New York 10016

*[Handwritten annotations by Judge:]*
12/12/07
1) The motion for reargument in which any need for briefing by plaintiff is denied or premature.
2) The motion for summary is denied — denied

*denied*

*failure by defendant to comply with my discovery order will benefit in ... plaintiff*

To:  Richard A. Roth, Esq.
     THE ROTH LAW FIRM, PLLC
     *Attorneys for Plaintiff*
     545 Fifth Avenue, Suite 960
     New York, New York 10017