# The Roth Law Firm, PLLC

545 Fifth Avenue, Suite 960
New York, NY 10017
Tel.: (212) 542 8882 Facsimile: (212) 542 8883

**MEMO ENDORSED**       March 7, 2008

**By Overnight Mail**
Hon. Colleen McMahon
United States District Court, SDNY
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   **Carol Alt v. Ronald Greschner, Index No. 07 CIV 6004**

Dear Judge McMahon:

As you are aware, this firm represents Plaintiff Carol Alt ("Alt") in the above-captioned matter. We are writing to request a short conference call (with the Court and counsel) to address the: (i) status of the trial date and; more importantly (ii) the fact that Defendant has yet to produce his personal tax returns (or sign the IRS form that we previously sent to counsel which would permit the IRS to produce the relevant tax returns directly to us).

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

Richard A. Roth

cc:   Nancy Ledy-Gurren, Esq.
      *Counsel for Defendant*

3/10/08

Regrettably, your matter is now low on my list of priorities. I have a number of imminent criminal trials and some civil trials with older parties / key witnesses. Go to your assigned magistrate to deal with the discovery issue and feel free to stipulate & the may full purposes

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08