UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAROL ALT,

                Plaintiff,         07 Civ. 6004 (CM) (DF)

    -against-                    **ORDER**

RONALD GRESCHNER,

                Defendant.
-----------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

Defendant Ronald Greschner having submitted his 2003 personal tax return to the Court for *in camera* review pursuant to the Court's Orders of March 27, 2008 and April 30, 2008; and it appearing to the Court that this tax return does not contain relevant, discoverable information; it is hereby ORDERED that the application of plaintiff Carol Alt to compel the production of this tax return is denied.

Dated:  New York, New York
         May 6, 2008

                                                    SO ORDERED

                                                    _____
                                                    DEBRA FREEMAN
                                                    United States Magistrate Judge

Copies to:

Hon. Colleen McMahon, U.S.D.J.

Richard Alan Roth, Esq.
The Roth Law Firm, PLLC
545 Fifth Avenue, Suite 900
New York, NY 10017

Nancy Ledy-Gurren, Esq.
Ledy-Gurren Bass & Siff, LLP
475 Park Avenue Aouth
New York, NY 10016