# The Roth Law Firm, PLLC

545 Fifth Avenue, Suite 960
New York, NY 10017
Tel.: (212) 542 8882 Facsimile: (212) 542 8883

September 9, 2008

**MEMO ENDORSED**

By Facsimile at (212) 805-6326
Hon. Judge Colleen McMahon
United States District Court, SDNY
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   <u>Carol Alt v. Ronald Greschner, Index No. 07 CIV 6004</u>

Dear Judge McMahon:

This firm represents Plaintiff Carol Alt in the above-captioned matter. We write to respectfully request that the trial date currently set for October 28, 2008, be adjourned until November 11, 2008, or a date thereafter to be set by the Court.

There are two reasons for Plaintiff's request. First, Plaintiff is scheduled to be in Italy, on business, until the weekend of November 8, 2008. Moreover, my associate who has been working on this case since its inception, Jordan M. Kam, Esq., has vacation plans in Hawaii the weeks of October 27, 2008 and November 3, 2008.

For these reasons, we respectfully request a very brief adjournment, which will cause no prejudice to the Defendant. We have sought consent from Defendant's attorney on this issue, which has been denied.

We thank the Court for its consideration in this matter.

Very truly yours,

Richard A. Roth

cc:   Nancy Ledy-Gurren, Esq.

Handwritten endorsement: "No. I start a trial in early November. Plaintiff has picked and picked — this is it"

Signed: Colleen McMahon 9/9/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/08
```